JOHN L. BURRIS, SBN 69888
ADANTE D. POINTER, SBN 263229
Law Office of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Ste. 1120
Oakland, CA 94621
(510) 839-5200
(510) 839-3882- Fax
John.Burris@JohnBurrisLaw.com
adante.pointer@johnburrislaw.com

Attorneys for Plaintiffs

CLAUDIA QUINTANA,
City Attorney, SBN 178613
BY:  KELLY J. TRUJILLO,
Deputy City Attorney, SBN 244286
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel:  (707) 648-4545
Fax:  (707) 648-4687

MARK A. JONES, SBN 96494
KRISTEN K. PRESTON, SBN 125455
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, CA 95811
Tel:  (916) 552-5959
Fax:  (916) 442-5959

Attorneys for Defendants CITY OF VALLEJO, a municipal corporation; SEAN KENNEY; WAYLON BOYCE, MARK THOMPSON individually and in their official capacities as Police Officers for the CITY OF VALLEJO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| THE ESTATE OF ANTON BARRETT, by and through its representatives ANTON FRANK BARRETT, PASHANEY BARRETT AND A.P.B., a minor, by and through his guardian ad litem TASHA PERRY; ANTON FRANK BARRETT, individually, PASHANEY BARRETT, individually and A.P.B., a minor, by and through his guardian ad litem, TASHA PERRY,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal | Case No.: 2:13-CV-00846-JAM-CKD<br><br>**STIPULATION AND ORDER AMENDING SCHEDULING ORDER** |

1
STIPULATION AND ORDER AMENDING PRE-TRIAL SCHEDULING ORDER

1 | corporation; SEAN KENNEY; WAYLON BOYCE, MARK THOMPSON; AND
2 | DOES 1-50, inclusive; individually and in their official capacities as Police Officers
3 | for the CITY OF VALLEJO,
4 |                 Defendants.

The Court previously issued a Pre-Trial Scheduling Order (Docket No. 11);

The parties through their respective counsel have met and conferred concerning completion of discovery and disclosure of expert witnesses and have determined, due to scheduling conflicts and witness availability, amendment of the Pre-Trial Scheduling Order is necessary and, on that basis

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the Pre-Trial Scheduling Order be amended so that the parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by **January 23, 2015** and that all discovery shall be completed by **February 23, 2015**.

Dated: December 1, 2014      LAW OFFICE OF JOHN L. BURRIS

                                 By: /s/ Adante D. Pointer .
                                        ADANTE D. POINTER
                                        Attorneys for Plaintiffs

Dated: December1, 2014      JONES & DYER

                                 By: /s/ Kristen K. Preston .
                                     MARK A. JONES
                                     KRISTEN K. PRESTON
                                     Attorneys for Defendants City of Vallejo,
                                     D. Joseph, S. Kenney and M. Thompson

STIPULATION AND ORDER AMENDING PRE-TRIAL SCHEDULING ORDER

**ORDER**

Good cause appearing pursuant to the foregoing stipulation, IT IS SO ORDERED.

Dated: 12/1/2014                             /s/ John A. Mendez___
                                             Judge John A. Mendez