1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  ESTATE OF ANTON BARRETT, et al.,        No. 2:13-cv-0846 JAM CKD
12              Plaintiffs,
13       v.                                 ORDER
14  CITY OF VALLEJO, et al.,
15              Defendants.
16

17       Defendants have filed a motion for order shortening time for hearing on a motion to compel attendance of a subpoenaed non-party witness Stacey Madkins at deposition.  Good cause appearing, IT IS HEREBY ORDERED that:

   1. Defendant's motion for order shortening time (ECF No. 17) is granted.

   2. Hearing on defendants' motion to compel is set for hearing on February 4, 2015 at 10:00 a.m. in courtroom no. 24.  Opposition, if any, shall be filed no later than February 2, 2015 at 12:00 p.m.  Non-party witness Stacey Madkins is cautioned that failure to file opposition and appear at the hearing may result in an order of contempt and/or sanctions issued against her.

/////
/////
/////
/////

1

3. The Clerk of Court is directed to serve a copy of this order on Stacey Madkins, 915 Waterford Ave., Stockton, CA 95206.

Dated: January 28, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 barrett.ost