UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANTON PAT BARRETT, et al., | No. 2:13-cv-0846 JAM CKD |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

Defendants' motion for contempt and to compel attendance at deposition of a nonparty witness came on regularly for hearing on February 4, 2015. Andante Pointer appeared for plaintiffs. Kristen Preston appeared for defendants. No appearance was made for the nonparty witness Stacy Madkins. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

1. The motion for contempt is continued for hearing on February 25, 2015 at 10:00 a.m. in courtroom no. 24. Witness Stacy Madkins is directed to personally appear at the hearing and is cautioned that failure to appear may result in issuance of a warrant for her arrest.

/////

/////

1

2. The Clerk of Court is directed to serve a copy of this order on Stacy Madkins, 915 Waterford Ave., Stockton, CA 95206. Defense counsel is also directed to personally serve a copy of this order on Stacy Madkins.

3. The motion to compel (ECF No. 16) is granted. Witness Stacy Madkins shall appear for deposition on February 13, 2015 at 10:00 a.m. at Sherwood Executive Center, 5250 Claremont Avenue, Stockton, CA 95207. The witness is cautioned that failure to appear at the deposition may result in a citation of contempt and imposition of monetary sanctions.

4. Defense counsel shall file a letter brief no later than February 17, 2015 advising the court whether the witness deposition was completed. Ruling on the motion for contempt and defendants' request for attorneys' fees and expenses is deferred pending completion of the deposition of Stacy Madkins.

Dated: February 5, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 barrett.oah