UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANTON BARRETT, et al., | No. 2:13-cv-0846 JAM CKD |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

Defendants have filed a motion for order shortening time for hearing on a motion to strike plaintiff's expert Roger Clark.  Plaintiff has filed a motion for order shortening time for hearing on a motion to compel production of documents and further responses to interrogatories.  Discovery cut-off in this matter is February 23, 2015.[1]  Upon review of the documents in support, and good cause appearing, IT IS HEREBY ORDERED that:

   1. Defendants' and plaintiffs' motions for orders shortening time (ECF No. 24, 25) are granted.

   2. Opposition, if any, to defendants' motion to strike plaintiff's expert (ECF No. 23) and plaintiff's motion to compel (ECF No. 26) shall be filed no later than February 17, 2015 at 12:00

---

[1] Part of the relief requested in plaintiff's motion to compel is an extension of the discovery cut-off.  The parties are advised that such requests must be addressed to the District Judge assigned to this action.

1

p.m.  Reply, if any, shall be filed no later than February 18, 2015 at 12:00 p.m.  The motions shall thereafter stand submitted.

Dated:  February 9, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 barrett.subm