UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANTON BARRETT, et al., | No. 2:13-cv-0846 JAM CKD |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

    Defendants' motion to strike plaintiff's expert Roger Clark and plaintiffs' motion to compel production of documents and further responses to interrogatories is pending before the court. The matters were submitted on the papers. Upon review of the documents in support and opposition, and good cause appearing, THE COURT FINDS AND ORDERS AS FOLLOWS:

    1. The court finds that the belated disclosure of plaintiffs' expert is neither substantially justified nor harmless. Defendants' motion to strike plaintiff's expert (ECF No. 23) is therefore granted.

    2. Plaintiffs' motion to compel (ECF No. 26) is granted in part. No later than February 23, 2015, defendants shall produce the documents identified in the proposed protective order at 2:5-3:4 (ECF No. 30-2 at p. 10-11). Said documents shall be produced subject to the provisions of the proposed protective order (ECF No. 30-2 at p. 9-13). Defendants are directed to submit the

/////

proposed protective order in Word format for signature by the undersigned. The remainder of the motion to compel is denied.

Dated: February 18, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 barrett.mtsexp.mtc