UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANTON PAT BARRETT, et al., | No. 2:13-cv-0846 JAM CKD |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

Defendants' motion for contempt and defendants' request for attorneys' fees and expenses is pending before the court. Ruling on the motion was deferred pending completion of the deposition of Stacy Madkins. The court has been advised by letter brief that the deposition of Stacy Madkins has now been completed.

Accordingly, IT IS HEREBY ORDERED that:

1. The February 25, 2015 hearing on the motion for contempt is vacated.

2. The court finds that imposition of monetary sanctions in the circumstances of this case is not warranted and defendants' request (ECF No. 16) is therefore denied.

/////

/////

/////

1

3.  The Clerk of Court is directed to serve a copy of this order on Stacy Madkins, 915 Waterford Ave., Stockton, CA 95206.

Dated:  February 18, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 barrett.con.vac