CLAUDIA QUINTANA,
City Attorney, SBN 178613
BY: KELLY J. TRUJILLO,
Deputy City Attorney, SBN 244286
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687

MARK A. JONES, SBN 96494
KRISTEN K. PRESTON, SBN 125455
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, CA 95811
Tel: (916) 552-5959
Fax: (916) 442-5959

Attorneys for Defendants CITY OF VALLEJO, a municipal corporation;
SEAN KENNEY; WAYLON BOYCE, MARK THOMPSON
individually and in their official capacities as Police Officers for the CITY OF VALLEJO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| THE ESTATE OF ANTON BARRETT, by and through its representatives ANTON FRANK BARRETT, PASHANEY BARRETT AND A.P.B., a minor, by and through his guardian ad litem TASHA PERRY; ANTON FRANK BARRETT, individually, PASHANEY BARRETT, individually and A.P.B., a minor, by and through his guardian ad litem, TASHA PERRY,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; SEAN KENNEY; WAYLON BOYCE, MARK THOMPSON; AND DOES 1-50, inclusive; individually and in their official capacities as Police Officers for the CITY OF VALLEJO,<br><br>    Defendants. | Case No.: 2:13-CV-00846-JAM-CKD<br><br>**PROTECTIVE ORDER** |

In order to protect the confidentiality of the records described below, any of said records disclosed are designated as "Confidential Material" pursuant to the protective order previously entered by this court (Docket No. 13) or designated "Confidential – Attorney's Eyes Only" in this Order as follows:

1. Documents designated as "Confidential Material" include:

    a. Vallejo Police Department Training Program and Approved External Training Calendar, 2010-2014 (DEF 997-1023)

    b. K9 use of force effectiveness statistics Dec. 2012 to Dec. 2014 (DEF 937)

2. Documents designated as "Confidential – Attorney's Eyes Only" include:

    a. Sean Kenney POST Profile report (DEF 912-918)

    b. Mark Thompson POST Profile report. (DEF 923-926)

    c. Waylon Boyce POST Profile report. (DEF 919-922)

    d. Employee history – Officer Mark Thompson. Citizen Complaints and Administrative Investigations regarding alleged use of excessive force, allegations of dishonesty and/or planting evidence, and/or racial discrimination/racial profiling/disparate treatment, and Critical Incidents involving officer's deployment of K9 resulting in injury or death, 2008-2012 (DEF 931-933)

    e. Employee history – Waylon Boyce. Citizen Complaints and Administrative Investigations regarding alleged use of excessive force, allegations of dishonesty and/or planting evidence, and/or racial discrimination/racial profiling/disparate treatment, and Critical Incidents involving officer's deployment of K9 resulting in injury or death, 2008-2012 (DEF 934-936)

    f. Employee History- Detective Sean Kenney: Citizen Complaints and Administrative Investigations regarding alleged use of excessive force, allegations of dishonesty and/or planting evidence, and/or racial discrimination/racial profiling/disparate treatment, and Critical Incidents

involving officer's discharge of firearm resulting in injury or death, 2008-2012 (DEF 927-930)

    g.    IA Report Barrett (DEF 938-940)

    h.    IA Report 2009 Thompson/Yago (DEF 941-996)

3. Counsel who receive documents designated as "Confidential – Attorney's Eyes Only", as well as information contained in such designated documents, may disclose such documents and/or information only subject to the provisions of this Stipulation and Order and only to the following persons:

    a.    Counsel for any party to this action.

    b.    Paralegal, stenographic, clerical and secretarial personnel regularly employed by counsel referred to in 4(a);

    c.    Court personnel including stenographic reporters engaged in such proceedings as are necessarily incidental to preparation for the trial of this action;

    d.    Any outside expert or consultant retained in connection with this action, and not otherwise employed by either party;

    e.    Any expert designated to testify at trial in this matter; and

    f.    The parties agree that at the time of trial Defendants may seek orders from the Court to prevent CONFIDENTIAL, ATTORNEYS' EYES ONLY Materials disclosed during discovery from being made public during a jury trial.

4. Each person to whom disclosure of documents designated "Confidential – Attorney's Eyes Only" is made, with the exception of counsel who are presumed to know of the contents of this protective order, shall, prior to disclosure: (1) be provided with a copy of this order by the person furnishing him/her such material, and (2) agree on the record or in writing that she/he has read the protective order and that she/he understand the provisions of the protective order. Such person must also consent to be subject to the jurisdiction of the United States District Court, Eastern District, with respect to any proceeding relating to the enforcement of this order. Defendants City

of Vallejo, W. Boyce, S. Kenney and M. Thompson shall be entitled to retain possession of the original writings described above.  Nothing in this paragraph 3 is intended to prevent officials or employees of the City of Vallejo or other authorized government officials or any other persons from having access to the documents if they would have had access in the normal course of their job duties or rights as a citizen.  Further, nothing in this order prevents a witness from disclosing event or activities personal to them, i.e., a witness can disclose to others previous information given to the City of Vallejo with respect to what she/he saw, heard, or otherwise sensed.

5. At the conclusion of the trial and of any appeal or upon other termination of this litigation, all CONFIDENTIAL, ATTORNEYS' EYES ONLY Material received under the provision of this order (including any copies made) shall be returned to the City of Vallejo and no copies of any so-designated material shall be retained by the attorneys for plaintiffs or any of their agents, employees, consultants or experts.  Provisions of this order insofar as they restrict disclosure and use of the material shall be in effect until all documents designated "Confidential – Attorney's Eyes Only"  (including all copies thereof) are returned to defendants.

6. Any document filed with the Court that includes or otherwise incorporates material designated or derived from materials designated "Confidential – Attorney's Eyes Only" shall be filed under seal pursuant to the procedures required by the F.R.C.P and/or applicable Local Rules of Court and labeled with a cover sheet as follows: "*Barrett v. City of Vallejo, et al.*, United States District Court, Eastern District, Case No.: 2:13-CV-00846-JAM-CKD.  This document is subject to a protective order issued by the Court and may not be copied or examined except in compliance with that order."  Documents so labeled shall be kept by the Clerk under seal and shall be made available only to the Court or counsel.  Upon failure of the party to so file a document under seal, the producing party may request that the Court place the filing under seal.

7. The foregoing is without prejudice to the right of any party (a) to apply to the Court for a further protective order relating to designation of any other documents as "Confidential Material" and/or "Confidential – Attorney's Eyes Only"; (b) to apply to the Court for an order removing the "Confidential Material" and/or "Confidential – Attorney's Eyes Only" designation from any document; and (c) to apply to the Court for an order compelling production of documents

or modification of this order or for any order permitting disclosure of and material designated "Confidential Material" and/or "Confidential – Attorney's Eyes Only" beyond the terms of this order.

IT IS SO ORDERED.

Dated: February 19, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE