CLAUDIA QUINTANA,
City Attorney, SBN 178613
BY: KELLY J. TRUJILLO,
Deputy City Attorney, SBN 244286
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687

MARK A. JONES, SBN 96494
KRISTEN K. PRESTON, SBN 125455
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, CA 95811
Tel: (916) 552-5959
Fax: (916) 442-5959

Attorneys for Defendants CITY OF VALLEJO, a municipal corporation;
SEAN KENNEY; WAYLON BOYCE, MARK THOMPSON
individually and in their official capacities as Police Officers for the CITY OF VALLEJO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| THE ESTATE OF ANTON BARRETT, by and through its representatives ANTON FRANK BARRETT, PASHANEY BARRETT AND A.P.B., a minor, by and through his guardian ad litem TASHA PERRY; ANTON FRANK BARRETT, individually, PASHANEY BARRETT, individually and A.P.B., a minor, by and through his guardian ad litem, TASHA PERRY,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; SEAN KENNEY; WAYLON BOYCE, MARK THOMPSON; AND DOES 1-50, inclusive; individually and in their official capacities as Police Officers for the CITY OF VALLEJO,<br><br>        Defendants. | Case No.: 2:13-CV-00846-JAM-CKD<br><br>**DECLARATION OF KRISTEN K. PRESTON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT OF PLAINTIFFS' CLAIMS**<br><br>Date: April 22, 2015<br>Time: 9:30 a.m.<br>Courtroom 6, 14th Floor<br><br>Hon. John A. Mendez<br><br>Trial Date: July 20, 2015<br>Pre-Trial Conference: June 5, 2015 |

///

1
**DECLARATION OF KRISTEN K. PRESTON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**

I, Kristen K. Preston, declare as follows:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California and I am admitted to practice in the United States District Court, in and for the Eastern District of California. I am associated with Jones & Dyer, attorneys of record for the defendants herein. I have personal knowledge of the matter stated herein and, if called upon, could and would competently testify thereto;

2. Attached hereto and incorporated herein by reference as Exhibit A is a true and correct copy of the excerpts of the deposition testimony of Anton Frank Barrett taken December 23, 2014;

3. Attached hereto and incorporated herein by reference as Exhibit B is a true and correct copy of excerpts of the deposition testimony of Officer Jeff Tai taken on January 13, 2015;

4. Attached hereto and incorporated herein by reference as Exhibit C is a true and correct copy of excerpts of the deposition testimony of Officer Dustin Joseph taken January 7, 2015;

5. Attached hereto and incorporated herein by reference as Exhibit D is a true and correct copy of excerpts of the deposition testimony of Officer Sean Kenney taken February 20, 2015;

6. Attached hereto and incorporated herein by reference as Exhibit E is a true and correct copy of the Coroner's Report obtained by subpoena from the Solano County Coroner's Office and accompanied by a custodian declaration;

7. Attached hereto and incorporated herein by reference as Exhibit F is a true and correct copy of documents produced in the course of this litigation by defendants reflecting Officer Training Records and filed herewith under seal pursuant to ECF Nos. 13 and 36; (DEF 912-936, 977-1023.)

8. Attached hereto and incorporated herein by reference as Exhibit G is a true and correct copy of excerpts of the deposition testimony of Tammy Neal taken on January 23, 2015;

9. Attached hereto and incorporated herein by reference as Exhibit H is a true and correct copy of excerpts of the deposition testimony of Tarrie Wagner taken on January 23, 2015;

10. Attached hereto and incorporated herein by reference as Exhibit I is a true and correct copy of excerpts of the deposition testimony of Officer Waylon Boyce taken on January 7, 2015;

11. Attached hereto and incorporated herein by reference as Exhibit J is a true and correct copy of excerpts of the deposition testimony of Officer Mark Thompson taken January 13, 2015;

12. Attached hereto and incorporated herein by reference as Exhibit K is a true and correct copy of Plaintiff Estate of Anton Barrett's verified responses to interrogatories (set one);

13. Attached hereto and incorporated herein by reference as Exhibit L is a true and correct copy of a stipulation executed by and between the parties regarding chain of custody of the evidence related to biological samples taken from Barrett, Sr.;

14. Attached hereto and incorporated herein by reference as Exhibit M is a true and correct copy of excerpts of records of John Muir Medical Center obtained by subpoena and produced with a custodian affidavit;

15. Attached hereto and incorporated herein by reference as Exhibit N is a true and correct copy of records of Central Valley Toxicology produced with custodian affidavit pursuant to subpoena.

16. Attached hereto and incorporated herein by reference as Exhibit O is a true and correct copy of Plaintiffs' FRCP 26 disclosure.

17. Attached hereto and incorporated herein by reference as Exhibit P is a true and correct copy of excerpts of the responses to special interrogatories of Pashaney Barrett, APB and Barrett Jr., including interrogatory No. 18 and the response thereto of each alleged herein.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed under the laws of the United States of America, this 24th day of March, 2015, at Sacramento, California.

                                                     /s/ Kristen K. Preston                         .
                                                     KRISTEN K. PRESTON

3

**DECLARATION OF KRISTEN K. PRESTON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**