JOHN L. BURRIS, Esq., SBN 69888
ADANTE D. POINTER, Esq. SBN 236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:    (510) 839-5200
Facsimile:     (510) 839-3882
John.burris@johnburrislaw.com
Adante.pointer@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ANTON BARRETT, by and through its representatives, ANTON FRANK BARRETT, PASHANEY BARRETT and A.P.B., by and through his guardian ad litem TASHA PERRY; ANTON FRANK BARRETT, individually; PASHANEY BARRETT, individually and A.P.B, a minor, by and through his guardian ad litem TASHA PERRY,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; SEAN KENNEY: WAYLON BOYCE; MARK THOMPSON; and DOES 1-50, inclusive; individually and in their official capacity as Police Officers for the CITY OF VALLEJO<br><br>　　　　　Defendants. | Case No.: 2:13-CV-00846-JAM-CKD<br><br>**ORDER TO SEAL DOCUMENTS [L.R. 141]**<br><br>**Date: April 22, 2015**<br>**Time: 9:30 a.m.**<br>**Ctrm: 6, 14th Floor**<br><br>**Honorable John A. Mendez, Judge**<br><br>**Trial Date: July 20, 2015**<br>**Pre-Trial Conference: June 5, 2015** |

　　　The Court, having read and considered the Request to Seal Documents submitted on behalf of

Defendant City of Vallejo, and good cause appearing,

　　　IT IS HEREBY ORDERED that EXHIBIT B (SUPPLEMENTAL POLICE REPORT pgs. 12-

15), EXHIBIT E (CORONERS REPORT pgs. 1-2 and 4-6), and EXHIBIT H (CRITICAL INCIDENT REPORT) to the Declaration of Adante D. Pointer in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment be sealed.

DATE:    April 9, 2015

/s/ John A. Mendez
HONORABLE JUDGE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE