CLAUDIA QUINTANA,
City Attorney, SBN 178613
BY: KELLY J. TRUJILLO,
Deputy City Attorney, SBN 244286
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687

MARK A. JONES, SBN 96494
KRISTEN K. PRESTON, SBN 125455
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, CA 95811
Tel: (916) 552-5959
Fax: (916) 442-5959

Attorneys for Defendants CITY OF VALLEJO, a municipal corporation;
SEAN KENNEY; WAYLON BOYCE, MARK THOMPSON
individually and in their official capacities as Police Officers for the CITY OF VALLEJO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| THE ESTATE OF ANTON BARRETT, by and through its representatives ANTON FRANK BARRETT, PASHANEY BARRETT AND A.P.B., a minor, by and through his guardian ad litem TASHA PERRY; ANTON FRANK BARRETT, individually, PASHANEY BARRETT, individually and A.P.B., a minor, by and through his guardian ad litem, TASHA PERRY, | Case No.: 2:13-CV-00846-JAM-CKD  **ORDER AFTER HEARING ON MOTION FOR SUMMARY JUDGMENT/PARTIAL SUMMARY JUDGMENT OF ISSUES**  Date: 4-22-15  Time: 9:30 a.m.  Courtroom 6, 14th Floor |
| Plaintiffs, | **Hon. John A. Mendez** |
| vs. | **Trial Date: July 20, 2015  Pre-Trial Conference: June 5, 2015** |
| CITY OF VALLEJO, a municipal corporation; SEAN KENNEY; WAYLON BOYCE, MARK THOMPSON; AND DOES 1-50, inclusive; individually and in their official capacities as Police Officers for the CITY OF VALLEJO, | |
| Defendants. | |

The Motion for Summary Judgment/Adjudication on behalf of defendants came on for hearing on April 22, 2015. Kristen K. Preston of Jones & Dyer and Kelly J. Trujillo, Deputy City Attorney for

1
**[PROPOSED] ORDER AFTER HEARING ON MOTION FOR SUMMARY JUDGMENT/PARTIAL SUMMARY JUDGMENT OF ISSUES**

the City of Vallejo appeared on behalf of the Defendants and moving parties. Adante D. Pointer appeared on behalf of the Plaintiffs.

The Court, having read and considered the moving and opposing papers and argument presented by counsel at the hearing and good cause appearing hereby makes the following rulings on Defendants' Motion related to causes of action pleaded in Plaintiffs' First Amended Complaint:

As to the First Cause of Action, Defendant Kenney's motion is DENIED. Plaintiffs have identified disputes in the evidence as to material facts bearing on Plaintiffs' claim for excessive force;

As to the Third Cause of Action, the Defendant Kenney's motion is DENIED. Plaintiffs have identified disputes in the evidence as to material facts bearing on intent to harm, the theory upon which Plaintiffs' pursue their claim for violation of their Fourteenth Amendment rights for deprivation of their familial relationship with the decedent ANTON BARRETT;

As to the Fourth Cause of Action, based on the Court's ruling as to the First Cause of Action, Defendant Kenney's motion is DENIED;

As to the Fifth Cause of Action, Defendant City of Vallejo's motion is GRANTED. There are is no dispute as to any material issue of fact and, as a matter of law, the Court rules that the Plaintiffs cannot maintain a cause of action for municipal liability arising out of any incident alleged in the complaint.

As to the Sixth Cause of Action, Defendant Kenney's motion is DENIED. Plaintiffs have identified disputes in the evidence as to material facts bearing on the essential element of reasonableness of the Defendant's actions;

As to the Seventh Cause of Action, Defendant Kenney's motion is GRANTED related to the claims of Plaintiff ESTATE OF ANTON BARRETT. Plaintiff has not identified an act constituting threat, intimidation or violence that is independent of the alleged use of excessive force and, as a matter of law, the Court rules that plaintiff ESTATE OF ANTON BARRETT cannot maintain its claim for violation of California Civil Code section 52.1 (Bane Act);

As to the Eighth Cause of Action, Defendant Kenney's motion is GRANTED related to the claims of Plaintiff ESTATE OF ANTON BARRETT. Plaintiff has not identified any dispute in the evidence that Defendant Kenney's alleged conduct was motivated by race and, as a matter of law,

Plaintiff ESTATE OF BARRETT cannot maintain its claim for violation of California Civil Code section 51.7.  Through counsel Plaintiffs confirm that the allegations contained in this cause of action as to Plaintiff ANTON FRANK BARRETT were not directed at Defendant Kenney.

   As to the Ninth Cause of Action, Defendant Kenney's motion is DENIED. Plaintiffs have identified disputes in the evidence as to material facts bearing on the essential element of Defendant Kenney's intent to harm decedent ANTON BARRETT;

   As to the Tenth Cause of Action, Defendant Kenney's motion is DENIED.  Plaintiff ESTATE OF ANTON BARRETT has identified disputes in the evidence as to material facts bearing on the essential elements of Plaintiff's claim for assault and battery;

   As to the Eleventh Cause of Action, Defendant Kenney's motion is GRANTED.  There is no dispute in the evidence as to any material fact bearing on the issue of contemporaneous observation by ANTON FRANK BARRETT of injuries to the decedent ANTON BARRETT and, as a matter of law, Plaintiff ANTON FRANK BARRETT cannot maintain a cause of action for negligent infliction of emotional distress;

   The Court further orders dismissal of the Second Cause of Action in its entirety and dismissal of all DOE defendants.

   IT IS SO ORDERED.

Dated: _April 29, 2015                    /s/ John A. Mendez_____
                                          UNITED STATES DISTRICT JUDGE

   Pursuant to the court's direction, the Order was provided to counsel and approval is indicated by counsel's signature below.

Dated: April 28, 2015          LAW OFFICES OF JOHN L. BURRIS

                               By:  /a/ Adante Pointer
                                    JOHN BURRIS
                                    ADANTE POINTER
                                    Attorneys for Plaintiffs