JOHN L. BURRIS, SBN 69888
ADANTE D. POINTER, SBN 263229
Law Office of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Ste. 1120
Oakland, CA 94621
(510) 839-5200
(510) 839-3882- Fax
John.Burris@JohnBurrisLaw.com
adante.pointer@johnburrislaw.com

Attorneys for Plaintiffs

CLAUDIA QUINTANA,
City Attorney, SBN 178613
BY: KELLY J. TRUJILLO,
Deputy City Attorney, SBN 244286
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687

MARK A. JONES, SBN 96494
KRISTEN K. PRESTON, SBN 125455
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, CA 95811
Tel: (916) 552-5959
Fax: (916) 442-5959

Attorneys for Defendants CITY OF VALLEJO, a municipal corporation; SEAN KENNEY; WAYLON BOYCE, MARK THOMPSON individually and in their official capacities as Police Officers for the CITY OF VALLEJO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| THE ESTATE OF ANTON BARRETT, by and through its representatives ANTON FRANK BARRETT, PASHANEY BARRETT AND A.P.B., a minor, by and through his guardian ad litem TASHA PERRY; ANTON FRANK BARRETT, individually, PASHANEY BARRETT, individually and A.P.B., a minor, by and through his guardian ad litem, TASHA PERRY,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal | Case No.: 2:13-CV-00846-JAM-CKD<br><br>**STIPULATION AND ORDER FOR REFERRAL TO JUDICIALLY-SUPERVISED SETTLEMENT CONFERENCE**<br><br><br>**Pre-Trial Conference: June 5, 2015**<br>**Trial: July 20, 2015**<br><br>**Hon. John A. Mendez** |

corporation; SEAN KENNEY; WAYLON BOYCE, MARK THOMPSON; AND DOES 1-50, inclusive; individually and in their official capacities as Police Officers for the CITY OF VALLEJO,

                      Defendants.

IT IS HEREBY STIPULATED BY ALL PARTIES to this action by and through their attorneys of record, that this matter be referred by the Court for a judicially-supervised settlement conference.

Dated: May 19, 2015                    LAW OFFICE OF JOHN L. BURRIS

                                          By: /s/ ADANTE D. POINTER         .
                                               ADANTE D. POINTER
                                               Attorneys for Plaintiffs

Dated: May 19, 2015                    JONES & DYER

                                          By:   /s/ KRISTEN K. PRESTON        .
                                               MARK A. JONES
                                               KRISTEN K. PRESTON
                                               Attorneys for Defendants City of Vallejo,
                                               D. Joseph, S. Kenney and M. Thompson

**ORDER**

The Court having considered the foregoing stipulation of the parties, and good cause appearing, the Court hereby orders that this matter be referred for a judicially-supervised settlement conference.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.


Dated: 5/19/2015            /s/ John A. Mendez_____
                            Judge John A. Mendez

                            United States District Court Judge