1   **JOHN L. BURRIS, Esq.  SBN 69888**
    **ADANTÉ D. POINTER Esq. SBN 236229**
2   **LAW OFFICES OF JOHN L. BURRIS**
    Airport Corporate Centre
3   7677 Oakport Street, Suite 1120
    Oakland, California 94621
4   Telephone:  (510) 839-5200
    Facsimile:   (510) 839-3882
5   john.burris@johnburrislaw.com
    adante.pointer@johnburrislaw.com
6
    Attorneys for plaintiffs
7

8

9                    **UNITED STATES DISTRICT COURT**

10                  **EASTERN DISTRICT OF CALIFORNIA**

11

12   THE ESTATE OF ANTON BARRETT, by          **CASE NO.:**  2:13-CV-00846-JAM-CKD
     and through its representatives ANTON
13   FRANK BARRETT, PASHANEY               **ORDER APPOINTING TASHA PERRY**
     BARRETT and A.P.B., by and through his **AS A.P.B.'S GUARDIAN AD LITEM**
14   guardian ad litem TASHA PERRY;        **AND APPROVING MINOR'S**
     ANTON FRANK BARRETT,                  **COMPROMISE**
15   individually; PASHANEY BARRETT,
     individually and A.P.B, a minor, by and
16   through his guardian ad litem TASHA
     PERRY,
17
                 Plaintiffs,
18
                                           **Magistrate Judge Kendall J. Newman**
     v.
19
20   CITY OF VALLEJO, a municipal
     corporation; SEAN KENNEY: WAYLON
21   BOYCE; MARK THOMPSON; and DOES
     1-50, inclusive; individually and in their
22   official capacity as Police Officers for the
     CITY OF VALLEJO
23
24              Defendants.
25

26
     //
27

28

                                                                              1

## ORDER

Presently pending before the court is the petition of TASHA PERRY ("Petitioner") for appointment as Guardian Ad Litem and for the approval of the proposed compromise of minor ANTON PAT BARRETT's ("Minor") claims against defendants CITY OF VALLEJO, et al (hereinafter collectively referred to as "Payor").  (ECF No. 62.)  After carefully reviewing the petition, the court finds it appropriate to appoint Petitioner as the Minor's Guardian Ad Litem, and also finds that it is in the best interests of the Minor that such claims be compromised and settled for the amount stated in the petition and that the proceeds of such settlement be paid, distributed, and deposited in the manner hereinafter specifically provided.[1]

IT IS THEREFORE ORDERED:

A.    That TASHA PERRY is hereby appointed Guardian Ad Litem to prosecute and compromise the claims of Minor Anton Pat Barrett in this action.

B.    That such compromise be and is hereby approved and that upon payment of the sum of $210,000.00 (Two Hundred and Ten Thousand Dollars and Zero Cents), being the total amount of the settlement sum herein approved, Payor shall be fully and forever released and discharged of and from all claims, charges, and demands of Minor and his guardian ad litem, Petitioner, arising from the incident mentioned in said petition.

C.    That Payor shall issue a check in the total amount of $94,500.00 (Ninety Four Thousand and Five Hundred Dollars and Zero Cents), made payable to "Tasha Perry, Individually, and as the Guardian Ad Litem for Anton Pat Barrett, a minor, and Their Attorney of Record, John L. Burris."

D.    Upon receipt of the settlement check referred to above, the Law Offices of John L. Burris shall disburse the settlement proceeds as

---

[1] The court finds the unopposed petition derivative of the parties' settlement to be suitable for resolution without oral argument pursuant to Local Rule 230(g).  As such, the motion to shorten time to hear the petition (ECF No. 63) is denied as moot.

2

follows, and the Court hereby approves the Petition to Compromise Minor A.P.B's claims, as follows:

1.   <u>Payment of Fees and Expenses on Behalf of Minor, Anton Pat Barrett</u>

a.  Attorney's fees payable to the Law Offices of John L. Burris: $31,468.50.

b.  Reimbursement of Litigation Costs payable to Law Offices of John L. Burris: $ 4,875.65

c.  Grand total of allowances for fees/expenses: $ 36,344.15

2.  <u>Balance</u>

The remaining balance of $ 58,155.85 shall be placed in an interest-bearing blocked trust account at an FDIC insured banking institution for the benefit of Minor Plaintiff Anton Pat Barrett.   Upon funding, $2,500.00 shall be immediately disbursed to Tasha Perry for the benefit of Anton Pat Barrett, with the remainder payable to Minor Plaintiff Anton Pat Barrett on his 18th birthday.

This order resolves ECF Nos. 62 and 63.

IT IS SO ORDERED.

Dated:  July 20, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3