CLAUDIA QUINTANA,
City Attorney, SBN 178613
BY: KELLY J. TRUJILLO,
Deputy City Attorney, SBN 244286
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687

MARK A. JONES, SBN 96494
KRISTEN K. PRESTON, SBN 125455
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, CA 95811
Tel: (916) 552-5959
Fax: (916) 442-5959

Attorneys for Defendants CITY OF VALLEJO, a municipal corporation; SEAN KENNEY; WAYLON BOYCE, MARK THOMPSON individually and in their official capacities as Police Officers for the CITY OF VALLEJO

JOHN L. BURRIS, SBN 69888
ADANTE D. POINTER, SBN 263229
Law Office of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Ste. 1120
Oakland, CA 94621
(510) 839-5200
(510) 839-3882- Fax
John.Burris@JohnBurrisLaw.com
adante.pointer@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| THE ESTATE OF ANTON BARRETT, by and through its representatives ANTON FRANK BARRETT, PASHANEY BARRETT AND A.P.B., a minor, by and through his guardian ad litem TASHA PERRY; ANTON FRANK BARRETT, individually, PASHANEY BARRETT, individually and A.P.B., a minor, by and through his guardian ad litem, TASHA PERRY,<br><br>    Plaintiffs,<br><br>vs. | Case No.: 2:13-CV-00846-JAM-CKD<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>**District Judge: The Honorable John A. Mendez (JAM)** |

---

1
STIPULATION AND ORDER FOR DISMISSAL

CITY OF VALLEJO, a municipal corporation; SEAN KENNEY; WAYLON BOYCE, MARK THOMPSON; AND DOES 1-50, inclusive; individually and in their official capacities as Police Officers for the CITY OF VALLEJO,

Defendants.

---

IT IS HEREBY stipulated and agreed by and between plaintiffs The Estate of Anton Barrett, by and through its Representatives ANTON FRANK BARRETT, PASHANEY BARRETT, and A.P.B. BARRETT, a minor, and through his guardian ad litem TASHA PERRY; ANTON FRANK BARRETT, individually, PASHANEY BARRETT, individually and A.P.B., a minor, by and through his guardian ad litem, TASHA PERRY and defendants CITY OF VALLEJO, a municipal corporation; SEAN KENNEY; WAYLON BOYCE, MARK THOMPSON; AND DOES 1-50, inclusive; individually and in their official capacities as Police Officers for the CITY OF VALLEJO, by and through their undersigned counsel, that the complaint filed herein be dismissed with prejudice as to all defendants pursuant to Federal Rules of Civil Procedure Rule 41(a)(2), each party to bear their own attorney's fees and costs.

Dated: August 19, 2015        LAW OFFICES OF JOHN L. BURRIS

                              By:   /s/ Adante D. Pointer                    .
                                    JOHN L. BURRIS
                                    ADANTE D. POINTER
                                    Attorneys for Plaintiffs


DATED:  August 19, 2015       CITY ATTORNEY'S OFFICE

                              By:   /s/ Kelly J. Trujillo                    .
                                    CLAUDIA M. QUINTANA
                                    KELLY J. TRUJILLO
                                    Attorneys for Defendants CITY OF VALLEJO, a
                                    municipal corporation; SEAN KENNEY; WAYLON
                                    BOYCE, MARK THOMPSON individually and in
                                    their official capacities as Police Officers for the
                                    CITY OF VALLEJO

DATED: August 19, 2015        JONES & DYER

By: /s/ Kristen K. Preston
MARK A. JONES
KRISTEN K. PRESTON
Attorneys for Defendants CITY OF VALLEJO, a municipal corporation; SEAN KENNEY; WAYLON BOYCE, MARK THOMPSON individually and in their official capacities as Police Officers for the CITY OF VALLEJO

**ORDER**

IT IS SO ORDERED.

DATE: _8/19/2015         /s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge